# Court of Appeals
# of the State of Georgia

ATLANTA,  April 30, 2024

*The Court of Appeals hereby passes the following order:*

## A24A0463. TRAN v. PIEDMONT HOSPITAL, INC.

The parties agree that this appeal is moot following the death of Minh Tran, whose ongoing medical care formed the basis for the dispute. Accordingly, the appeal is hereby DISMISSED AS MOOT.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/30/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*